AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. DC-23-CR-0196-RCL |
| Frederic Fiol | ) |
| Defendant | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Frederic Fiol

Date:   08/07/2023

*Shane McMahon*
Attorney's signature

Shane McMahon
Printed name and bar number

700 E. San Antonio, Ste. D-401
El Paso, TX  79901
Address

shane_mcmahon@fd.org
E-mail address

(915) 534-6525
Telephone number

(915) 534-6534
FAX number