IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 23-CR-196 (RCL) |
| v. | 40 U.S.C. § 5104(e)(2)(D) |
| FREDERIC FIOL, | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | |

*[handwritten: Let this be filed / Royce C. Lamberth / U.S.D.J. 11/15/23]*

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Frederic Fiol, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On January 5, 2021, the Defendant, Frederic Fiol, traveled from San Antonio, Texas, to Washington D.C. by airplane with a friend. The defendant and his friend stayed at the Hilton Hotel near the National Mall in Washington D.C. on the night of January 5, 2021.

9. On the morning of January 6, 2021, the defendant and his friend travelled to the east side of the Capitol building. When they arrived, President Trump was still speaking at the rally at the Ellipse. Once other individuals started gathering at the Capitol, the defendant and his friend walked around to the northwest side of the Capitol.

10. The defendant entered the Capitol building through the Senate Wing Doors at 3:10 p.m. On his way in, he walked past broken glass on the floor from the windows next to the doors that had been broken.

11. While inside, the defendant walked into a senator's office, where he stayed for several minutes. Later, he walked into the Crypt and other areas of the first floor.

12. While inside the Capitol, another individual handed the Defendant a hand-rolled cigarette containing an unknown substance. The defendant took a video on his cellphone of himself taking two puffs from the hand-rolled cigarette and then passing it to another person.

13. The defendant exited through the Senate Wing Doors at 3:25 p.m. In total, the defendant was inside the Capitol building for approximately 15 minutes.

14. After leaving the Capitol, the defendant and the friend stayed at another friend's house in Fairfax, Virginia, on the night of January 6, 2021. They flew back to San Antonio together the next day, on January 7, 2021.

15. After he left the Capitol on January 6, 2021, the defendant sent multiple messages and videos via Facebook, which he subsequently unsent. In one such message, another Facebook user asked, "We're you in DC today?" (*sic*), the defendant replied, "Yeah, accept my friend request so you can see the videos." The defendant later stated in another Facebook message, "I made history."

### *Elements of the Offense*

16. The parties agree that 40 U.S.C. § 5104(e)(2)(D), Disorderly Conduct in a Capitol Building, requires the following elements:

- First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.
- Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.
- Third, the defendant acted willfully and knowingly.

17.     The parties agree that 40 U.S.C. § 5104(e)(2)(G), Parading, Demonstrating, or Picketing in a Capitol Building, requires the following elements:

- First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.
- Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

18.     The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he engaged in disorderly or disruptive conduct in the United States Capitol Building with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress and that he paraded, demonstrated, and picketed while in the Capitol building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     *s/ Eric W. Boylan*
ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519
Capitol Siege Section
U.S. Attorney's Office
District of Columbia
Telephone No: (202) 815-8608
Email Address: eric.boylan@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Frederic Fiol, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10-30-23

Frederic Fiol
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10-30-23

Manuel Acosta
Attorney for Defendant